IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIE LEWIS, ET AL., | ) | CV 05-00580 DAE-BMK |
| Plaintiff(s), | ) | |
| vs. | ) | |
| MIKE SCOTT, ET AL., | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 29, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Case Be Dismissed" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
David Alan Ezra
United States District Judge